**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-20428

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Plaintiff - Appellee

VERSUS

PARVIN G. GIDVANI

Defendant - Appellant

Appeal from the United States District Court
For the Southern District of Texas, Houston
USDC No. H-00-CV-1013
May 15, 2002

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges

PER CURIAM:*

AFFIRMED.  See 5th Circ. Loc. R. 47.6.

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.